# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

07-000 08 ~~1~~ /

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __X__ No

Defendant Name _____ERIC NANPEI_____

Alias Name _____

Address _____

_____Guam_____

Birthdate _____ SS# _____ Sex __M__ Race _____ Nationality _____

**RECEIVED**
**JAN 18 2007**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S. Attorney Information:**

SAUSA _____Ryan M. Anderson_____

Interpreter: __X__ No ___Yes   List language and/or dialect: __

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__   _____ Petty __X__ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 GCA 18102(b)<br>18 USC 7(3) & 13 | Driving Under the Influence of Alcohol (BAC) | 1 |
| Set 2 | 16 GCA 18102(a)<br>18 USC 7(3) & 13 | Driving Under the Influence of Alcohol | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 1/18/07   Signature of AUSA: _[signature] Ry M. Ander_

Case 1:07-cr-00008   Document 1-2   Filed 01/18/2007   Page 1 of 1