ericnanpeisum

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JAN 18 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00008 |
| Plaintiff. | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| vs. | |
| ERIC NANPEI, | |
| Defendant. | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, ERIC NANPEI, based on an Information filed charging the defendant with one count of Driving Under the Influence of Alcohol (BAC) in violation of Title 18, United States Code, Sections 7(3) and 13; Title 16, Guam Code Annotated, Section 18102(b), and one count of Driving Under the Influence of Alcohol, in violation of Title 18, United States Code, Sections 7(3) and 13; Title 16, Guam Code Annotated, Section 18102(a).

Respectfully submitted this 17th day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney