LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00008 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **O R D E R**<br>) **re United States' Request for**<br>) **Issuance of Summons** |
| ERIC NANPEI, | ) |
| Defendant. | ) |

Upon the filing of an Information and the request of the government,

IT IS SO ORDERED that a summons be issued for the above-named defendant appear before this Court on Tuesday, January 30, 2007, at 10:30 a.m.

Dated: January 23, 2007

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**