# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00008          DATE: January 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 10:46:07 - 10:48:09
CSO: F. Tenorio / J. Lizama

**APPEARANCES:**

| Defendant: Eric Nanpei | Attorney: Richard Arens |
|---|---|
| DEFENDANT NOT PRESENT<br>☐ Present ☐ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☑ FPD ☐ CJA |

U.S. Attorney: Kristin St. Peter      U.S. Agent:
U.S. Probation: Carleen Borja      U.S. Marshal: D. Punzalan
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance and Arraignment**

- Court ordered a summons be issued upon receipt of information by the U.S. Attorney's Office as to defendant's return to Guam.

NOTES: