William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
ERIC NANPEI

```
FILED
DISTRICT COURT OF GUAM
FEB -2 2007
MARY L.M. MORAN
CLERK OF COURT
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00008 |
| Plaintiff, | |
| vs. | ENTRY OF APPEARANCE |
| ERIC NANPEI, | |
| Defendant. | |

The Law Offices of William L. Gavras hereby enters its appearance as counsel for Defendant ERIC NANPEI in the above-captioned and numbered matter.

LAW OFFICES OF WILLIAM L. GAVRAS

Date: February 1, 2007.

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
ERIC NANPEI

//

**ORIGINAL**

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the United States Attorney, a true and correct copy of this document on or before February 2, 2007.

LAW OFFICES OF WILLIAM L. GAVRAS

Date: February 1, 2007.

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
ERIC NANPEI