LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 27 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00008 |
| Plaintiff, | |
| vs. | **MOTION TO DISMISS INFORMATION** |
| ERIC NANPEI, | |
| Defendant. | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above cause against defendant, ERIC NANPEI, be dismissed without prejudice, in the interest of justice.

Respectfully submitted this 26th day of March 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney